STUART J. GROSSMAN
ATTORNEY AT LAW
108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375

718-520-8722
FAX 718-793-0894

June 4, 2015

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   **Re: United States v. Ali Alvi Al-Hamidi**
    **Docket No. 15-CR-056(NGG)**

Dear Judge Garaufis:

  At the March 26, 2015 conference, Your Honor authorized me to obtain an Arabic translation of the indictment and to file a CJA 21 form. Enclosed please find a CJA 21 form which authorizes me to obtain said translation at a maximum cost of $300.00.

  Thank you for your attention.

          Very truly yours,

          *Stuart J Grossman*
          Stuart J. Grossman

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/06)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>ALI ALVI AL-HAMIDI | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>15-56-01 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>US v. AL-HAMIDI | 8. PAYMENT CATEGORY<br>☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC 924(c), 2332(b)(2), 2339(B) & (D)

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☑ Authorization to obtain the service. Estimated Compensation and Expenses: $ 300.00 MAXIMUM   OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $500, excluding expenses)

Signature of Attorney  _Stuart J Grossman_   Date  6/3/2015

☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Stuart J. Grossman 108-18 Queens Boulevard, Forest Hills, NY 11375

Telephone Number: (718) 520-8722

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
translation of indictment into Arabic so defendant can read and fully understand the charges

14. TYPE OF SERVICE PROVIDER
01 ☐ Investigator
02 ☑ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (Specify) _____

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court  _____
Date of Order  3/26/2015   Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. | SERVICES AND EXPENSES<br>(Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL<br>ADJUSTED AMOUNT | ADDITIONAL<br>REVIEW |
|---|---|---|---|---|
| a. | Compensation | | | |
| b. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. | Other Expenses | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS
TIN: _____
Telephone Number: _____
CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____
CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

18. CERTIFICATION OF ATTORNEY  I hereby certify that the services were rendered for this case.

Signature of Attorney _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED<br>$0.00 |
|---|---|---|---|

23 ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

Signature of Presiding Judge _____  Date _____  Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED<br>$0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____  Date _____  Judge Code _____