**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

December 23, 2021

Hon. Nicholas G. Garaufis, USDJ
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201
*By ECF*

    Re: *United States v. Ali al-Hamidi*
       15 Cr. 56 (NGG)

Dear Hon. Judge Garaufis:

After conferring with the government, I am requesting that your Honor set the sentencing hearing date for Mr. al-Hamidi for the week of March 14, 2022.

Thank you for your Honor's consideration.

                Sincerely,
                /s/
                Sam A. Schmidt